JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FANG GAO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO N. MAYORKAS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>　　　　Defendants. | No. CV 23-00285-MEMF-SKx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [11]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be stayed until August 28, 2023.

Dated: March 17, 2023

_____
HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE